IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 2, 2007

Charles R. Fulbruge III
Clerk

_____

No. 06-41661
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v

JOSE RAFAEL ESTRELLA-TAVERA

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Southern District of Texas, McAllen
7:06-CR-656-ALL
----------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM *

IT IS ORDERED that Appellant's unopposed motion for summary disposition is GRANTED. Appellant's conviction and sentence are affirmed.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.